# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NUMBER: |
| | 2:22–cv–01410 |
| PLAINTIFF(S) | |
| v. | |
| FAMILY DOLLAR INC | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

A case–initiating document was submitted without payment of the full filing fee. Within two business days of this notice, counsel must pay the filing fee or file a request to proceed in forma pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee may be paid online by docketing the event "Pay Filing Fee."

*Other Error(s):*

Clerk, U.S. District Court

Dated:  March 3, 2022

By:   /s/ Luz Hernandez  luz_hernandez@cacd.uscourts.gov
        Deputy Clerk