PAUL HASTINGS LLP
ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
JENNIFER L. MILAZZO (SB# 318356)
jennifermilazzo@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

PAUL HASTINGS LLP
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
FAMILY DOLLAR, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PERFECTO, MARK BOULDIN, YVETTE SIMMONS, ASHLEY LEE, DANIEL MENJIVAR, CRYSTAL STALLINGS, individually, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FAMILY DOLLAR, INC., a North Carolina corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:22-CV-01410-GW-JC <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS** <br><br> Date: June 2, 2022 <br> Time: 9:00 a.m. <br> Courtroom: 9D <br> Judge: George H. Wu <br><br> Complaint Filed: December 29, 2021 |

TO PLAINTIFFS JOSEPHINE PERFECTO, YVETTE SIMMONS, ASHLEY LEE, DANIEL MENJIVAR, CRYSTAL STALLINGS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2022, at 9:00 a.m., in Courtroom 9D of the above-entitled Court, located at 350 West First Street, Los Angeles, California 90012, Defendant Family Dollar, Inc. ("Family Dollar") will and hereby does move the Court to:

(i)    Compel arbitration of the first through ninth claims for relief, and dismiss the class claims, in Plaintiffs Josephine Perfecto, Yvette Simmons, Ashley Lee, Daniel Menjivar, and Crystal Stallings' (collectively, "Plaintiffs") Complaint, filed December 29, 2021; and

(ii)    Stay Plaintiff Lee's tenth claims for relief for civil penalties under the Private Attorneys General Act, California Labor Code section 2698, *et seq.* ("PAGA"), pending completion of Lee's individual arbitration.[1]

This motion is made on the grounds that Plaintiffs agreed in writing to arbitrate the wage-and-hour claims alleged in their first through ninth claims for relief on an individual basis and waived their right to litigate those claims on a class or collective basis.  9 U.S.C. § 4.  Plaintiff Lee's remaining tenth claim for relief under PAGA must be stayed pending her individual arbitration, under 9 U.S.C. § 3.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, Declarations of Matthew Broel, Ryan D. Derry, Melissa Tutton, and Vincent Votta, Request for Judicial Notice, the

---

[1] On May 5, 2022, Plaintiffs filed a Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), dismissing (i) the entire action as to Plaintiff Mark Bouldin; and (ii) the tenth cause of action as to Plaintiffs Josephine Perfecto, Yvette Simmons, Daniel Menjivar, and Crystal Stallings.  (Dkt. No. 15.)

pleadings and papers filed herein, and upon such arguments as may be made by counsel at the hearing.

     Counsel for Family Dollar has met and conferred with counsel for Plaintiffs before filing this motion.

Dated:  May 5, 2022

ELENA R. BACA
RYAN D. DERRY
JENNIFER L. MILAZZO
PAUL HASTINGS LLP

By: _/s/_     _Ryan D. Derry_
                                Ryan D. Derry

Attorneys for Defendant
FAMILY DOLLAR, INC.

LEGAL_US_W # 111859218.3

-3-

DEF.'S NOTICE OF MOTION & MOTION
TO COMPEL ARBITRATION &
STAY ALL PROCEEDINGS