1 | PAUL HASTINGS LLP
2 | ELENA R. BACA (SB# 160564)
  | elenabaca@paulhastings.com
3 | JENNIFER L. MILAZZO (SB# 318356)
  | jennifermilazzo@paulhastings.com
  | 515 South Flower Street, 25th Floor
4 | Los Angeles, CA 90071
  | Telephone: (213) 683-6000
5 | Facsimile: (213) 627-0705

6 | PAUL HASTINGS LLP
  | RYAN D. DERRY (SB# 244337)
7 | ryanderry@paulhastings.com
  | 101 California Street, 48th Floor
8 | San Francisco, CA 94111
  | Telephone: (415) 856-7000
9 | Facsimile: (415) 856-7100

10 | Attorneys for Defendant
   | FAMILY DOLLAR, INC.
11

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PERFECTO, MARK BOULDIN, YVETTE SIMMONS, ASHLEY LEE, DANIEL MENJIVAR, CRYSTAL STALLINGS, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY DOLLAR, INC., a North Carolina corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-CV-01410-GW-JC<br><br>**DECLARATION OF MELISSA TUTTON IN SUPPORT OF DEFENDANT FAMILY DOLLAR, INC.'S MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS**<br><br>Date: June 2, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D<br>Judge: George H. Wu<br><br>Complaint Filed: December 29, 2021 |

Case No. 2:22-CV-01410-GW-JC

DECLARATION OF MELISSA TUTTON ISO
MOTION TO COMPEL ARBITRATION &
STAY ALL PROCEEDINGS

# DECLARATION OF MELISSA TUTTON

I, Melissa Tutton, declare and state as follows:

1. I am over the age of eighteen and am competent to testify to the matters contained in this Declaration. This Declaration is based upon my personal knowledge, or I know of such facts by my review of the files maintained by Defendant Family Dollar, Inc. ("Family Dollar") in the regular course of its business at or near the time of the acts, conditions, or events recorded herein. If called on as a witness, I would testify competently to the facts stated herein.

2. I am currently employed by Dollar Tree Management, LLC as Payroll Director. Dollar Tree Management, LLC provides payroll services for Associates working at different related entities, including those working for Family Dollar.

3. Pay statements of current and former Associates of Family Dollar are prepared and maintained in the ordinary course of Family Dollar's business.

   a. Attached as **Exhibit A** are a true and accurate copy of the pay statements of Ashley Lee for pay periods between October 18, 2020 and November 14, 2020.

   b. Attached as **Exhibit B** are a true and accurate copy of the pay statements of Crystal Stallings for pay periods between October 18, 2020 and October 31, 2020.

///
///
///

   c. Attached as **Exhibit C** are a true and accurate copy of the pay statements of Yvette Simmons for pay periods between October 18, 2020 and November 28, 2020.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Executed this 29th day of April 2022, at Chesapeake, Virginia.

*Melissa Tutton* (signature)
Melissa Tutton

# EXHIBIT A



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000

Wage rates are determined by Family Dollar

| **Statement of Earnings and Deductions** ||
|---|---|
| **Pay Statement Number:** ▇▇▇▇ | **Net Pay:** ▇▇▇▇ |
| **Name:** ASHLEY S LEE | **Social Security Number:** ▇▇▇▇ |
| **Team Member ID:** 895593 | **Location:** 31527 |
| **Employee ID:** 006149408 | **Employer:** FAMILY DOLLAR 31527 |
| **Period Start:** 10/18/2020 | |
| **Period End:** 10/31/2020 | |
| **Payment Date:** 11/6/2020 | |

REDACTED

**New arbitration agreement applies to associates employed on December 10, 2020**
**View your pay stub online at www.familydollar.com**
**(Associate Member Page - "My Online Paystub and W2" Link)**
You will need to provide your login ID (SSN no dashes) and your password.

EXHIBIT A, Page 5



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000

**Wage rates are determined by Family Dollar**

| **Statement of Earnings and Deductions** ||||
|---|---|---|---|
| **Pay Statement Number:** | ▅▅▅▅▅ | **Net Pay:** | ▅▅▅▅ |
| **Name:** | ASHLEY S LEE | **Social Security Number:** | ▅▅▅▅▅ |
| **Team Member ID:** | 895593 | **Location:** | 31527 |
| **Employee ID:** | 006149408 | **Employer:** | FAMILY DOLLAR 31527 |
| **Period Start:** | 11/1/2020 | | |
| **Period End:** | 11/14/2020 | | |
| **Payment Date:** | 11/20/2020 | | |

# REDACTED

| **Deposit Information** |||
|---|---|---|
| **Type of Account** | **Account Number** | **Amount** |
| DEPOSIT | * * * * * * *0544 | $4.40 |
| DEPOSIT | * * * * * * *0544 | $435.37 |

**New arbitration agreement applies to associates employed on December 10, 2020**
**View your pay stub online at www.familydollar.com**
**(Associate Member Page - "My Online Paystub and W2" Link)**
You will need to provide your login ID (SSN no dashes) and your password.

EXHIBIT A, Page 6

# EXHIBIT B



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000

Wage rates are determined by Family Dollar

| **Statement of Earnings and Deductions** ||||
|---|---|---|---|
| **Pay Statement Number:** | ▇▇▇▇ | **Net Pay:** | ▇▇▇▇ |
| **Name:** | CRYSTAL STALLINGS | **Social Security Number:** | ▇▇▇▇ |
| **Team Member ID:** | 6408862 | **Location:** | 29182 |
| **Employee ID:** | 006408862 | **Employer:** | FAMILY DOLLAR 29182 |
| **Period Start:** | 10/18/2020 | | |
| **Period End:** | 10/31/2020 | | |
| **Payment Date:** | 11/6/2020 | | |

REDACTED

**New arbitration agreement applies to associates employed on December 10, 2020**
View your pay stub online at www.familydollar.com
(Associate Member Page - "My Online Paystub and W2" Link)
You will need to provide your login ID (SSN no dashes) and your password.

# EXHIBIT C



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000

Wage rates are determined by Family Dollar

| **Statement of Earnings and Deductions** | |
|---|---|
| **Pay Statement Number:** ▇▇▇▇ | **Net Pay:** ▇▇▇▇ |
| **Name:** YVETTE D SIMMONS | **Social Security Number:** ▇▇▇▇ |
| **Team Member ID:** 5003833 | **Location:** 30254 |
| **Employee ID:** 000933764 | **Employer:** FAMILY DOLLAR 30254 |
| **Period Start:** 10/18/2020 | |
| **Period End:** 10/31/2020 | |
| **Payment Date:** 11/6/2020 | |

# REDACTED

**New arbitration agreement applies to associates employed on December 10, 2020**
**View your pay stub online at www.familydollar.com**
**(Associate Member Page - "My Online Paystub and W2" Link)**
You will need to provide your login ID (SSN no dashes) and your password.



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000
Wage rates are determined by Family Dollar

| **Statement of Earnings and Deductions** ||
|---|---|
| **Pay Statement Number:** ▇▇▇▇ | **Net Pay:** ▇▇▇▇ |
| **Name:** YVETTE D SIMMONS | **Social Security Number:** ▇▇▇▇ |
| **Team Member ID:** 5003833 | **Location:** 30254 |
| **Employee ID:** 000933764 | **Employer:** FAMILY DOLLAR 30254 |
| **Period Start:** 11/1/2020 | |
| **Period End:** 11/14/2020 | |
| **Payment Date:** 11/20/2020 | |

# REDACTED

**New arbitration agreement applies to associates employed on December 10, 2020**
**View your pay stub online at www.familydollar.com**
(Associate Member Page - "My Online Paystub and W2" Link)
You will need to provide your login ID (SSN no dashes) and your password.



**Family Dollar, Inc.**
500 Volvo Parkway · Chesapeake VA 23320
757-321-5000

Wage rates are determined by Family Dollar

| **Statement of Earnings and Deductions** ||
|---|---|
| **Pay Statement Number:** ▉▉▉▉▉▉ | **Net Pay:** ▉▉▉▉ |
| **Name:** YVETTE D SIMMONS | **Social Security Number:** ▉▉▉▉▉▉ |
| **Team Member ID:** 5003833 | **Location:** 30254 |
| **Employee ID:** 000933764 | **Employer:** FAMILY DOLLAR 30254 |
| **Period Start:** 11/15/2020 | |
| **Period End:** 11/28/2020 | |
| **Payment Date:** 12/4/2020 | |

REDACTED

**New arbitration agreement applies to associates employed on December 10, 2020**
**View your pay stub online at www.familydollar.com**
**(Associate Member Page - "My Online Paystub and W2" Link)**
You will need to provide your login ID (SSN no dashes) and your password.